**Order entered June 18, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-00340-CR

**JANINE JOYCE CHARBONEAU, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the County Court at Law No. 6**
**Collin County, Texas**
**Trial Court Cause No. 006-80751-2012**

## ORDER

Appellant's June 16, 2014 motion to extend the time to file appellant's reply brief is

**GRANTED**.  The time to file appellant's reply brief is **EXTENDED** to **July 14, 2014**.


/s/     LANA MYERS
JUSTICE